```
                                    FILED
                                    MAR 18
                                    CLERK, U.S. DISTRICT COURT
                                    SOUTHERN DISTRICT OF CALIFORNIA
                                    BY                    DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR0772-JLS |
| Plaintiff, ) | |
| ) | **I N F O R M A T I O N** |
| v. ) | |
| ) | Title 8, U.S.C., |
| JESUS FELIPE COTA-COTA, ) | Sec. 1324(a)(1)(A)(i) and (v)(II) |
| ) | - Bringing in Illegal Aliens and |
| ) | Aiding and Abetting |
| Defendant. ) | |

The United States Attorney charges:

On or about February 29, 2008, within the Southern District of California, defendant JESUS FELIPE COTA-COTA, with the intent to violate the immigration laws of the United States, did bring or attempt to bring into the United States an alien, namely, Jose Asuncion Vazquez-Quintana, knowing that said person was an alien, at a place other than a designated port of entry and at a place other than as designated by the Department of Homeland Security; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(i) and (v)(II).

DATED: 3/18/08.

KAREN P. HEWITT
United States Attorney

CARLA J. BRESSLER
Assistant U.S. Attorney

CJB:lg:San Diego
3/14/08