AO 455 (Rev. 5/85) Waiver of Indictment

**FILED**
MAR 18 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| JESUS FELIPE COTA-COTA | CASE NUMBER: 08CR0777-JLS |

I, JESUS FELIPE COTA-COTA, the above-named defendant, who is accused of committing the following offenses:

Bringing in Illegal Aliens and Aiding and Abetting, in violation of Title 8, U.S.C., Secs. 1324(a)(1)(A)(i) and (v)(II),

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on 3/18/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Jesus felipe Cota Cota_
Defendant

_[signature]_
Defense Counsel

Before _[signature]_
Judicial Officer