UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　Plaintiff　　　　　　)<br>　　　　　　　　　　　　　　　)<br>vs.　　　　　　　　　　　　　　)<br>JESUS FELIPE　　　　　　　　)<br>COTA - COTA　　　　　　　　)<br>　　　　　　Defendant(s)　　　 )<br>　　　　　　　　　　　　　　　) | CRIMINAL NO. 08CR0772-JLS<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge,   **Louisa S. Porter**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody (Bond Posted / Case Disposed / Order of Court).

JOSE ASUNCION VAZQUEZ-QUINTANA

DATED: 3/27/08

　　　　　　　　　　　　　　　UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____　　　　　　　OR
　　　　　　　DUSM

　　　　　　　　　　　　　　　W. SAMUEL HAMRICK, JR.   Clerk

　　　　　　　　　　　　　　　by
　　　　　　　　　　　　　　　　　　Deputy Clerk